1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   Email:       David_Peterson@fd.org
5
6  Attorneys for Defendant
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10                      **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) CASE NO. 08MJ08099 |
| 12          Plaintiff, | ) |
| 13  v. | ) |
|  | ) **NOTICE OF APPEARANCE** |
| 14  GEORGE METZGAR, | ) |
| 15          Defendant. | ) |

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22  Dated: February 12, 2008              */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
24                                        David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 12, 2008          /s/ *DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)