08 FEB 13 PM 5:10

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0372 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| GEORGE METZGAR, | ) 960 - Importation of Marijuana; |
| | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Marijuana with |
| | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about February 3, 2008, within the Southern District of California, defendant GEORGE METZGAR did knowingly and intentionally import 100 kilograms and more, to wit: approximately 104.54 kilograms (229.98 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WMC:nlv:Imperial
2/8/08

<u>Count 2</u>

On or about February 3, 2008, within the Southern District of California, defendant GEORGE METZGAR did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 104.54 kilograms (229.98 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

2