1  **DAVID M.C. PETERSON**
California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  david_peterson@fd.org

5  Attorneys for Mr. Metzgar

8                                              UNITED STATES DISTRICT COURT

9                                            SOUTHERN DISTRICT OF CALIFORNIA

10                                                **(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No.: 08cr0372-LAB |
| 12               Plaintiff, | ) ) | Date:  March 24, 2008 |
| | ) | Time:  2:00 p.m. |
| 13  v. | ) ) | **NOTICE OF MOTIONS AND** |
| 14  GEORGE METZGAR, | ) | **MOTIONS TO:** |
| | ) ) | **(1) DISMISS INDICTMENT DUE TO THE** |
| 15               Defendant. | ) | **UNCONSTITUTIONALITY OF THE** |
| 16 | ) ) | **CHARGING STATUTES;** |
| | ) | **(2) DISMISS THE INDICTMENT DUE TO** |
| 17 | ) ) | **MISINSTRUCTION OF THE GRAND** |
| 18 | ) | **JURY;** |
| | ) ) | **(3) PRESERVE AND INSPECT EVIDENCE;** |
| 19 | ) | **(4) COMPEL DISCOVERY; AND,** |
| | ) | **(5) GRANT LEAVE TO FILE FURTHER** |
| 20  _____ ) | | **MOTIONS** |

21  TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
           CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY
22

23       **PLEASE TAKE NOTICE** that on March 24 2008, at 2:00 p.m., or as soon thereafter as counsel

24  may be heard, the accused, Luis Metzgar, by and through his attorneys, David M.C. Peterson and Federal

25  Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

26  //

27  //

28  //

                                                                                                    08cr0372-LAB

**MOTIONS**

Defendant, Mr. Metzgar, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to the Unconstitutionality of the Charging Statutes;
(2) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery; and,
(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: February 15, 2008
 */s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Metzgar
E-mail: david_peterson@fd.org