AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　DISTRICT OF　　　　　CALIFORNIA

**APPEARANCE**

Case Number: 08cr00372-LAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GEORGE METZGAR

** I am appearing as co-counsel on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/27/2008 | /s/ JASON I. SER |
| Date | Signature |
| | Jason I. Ser / Federal Defenders of SD — 201816 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |