**DAVID M.C. PETERSON**
California State Bar No. 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
david_peterson@fd.org

Attorneys for Mr. Metzgar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GEORGE METZGAR,  )<br>  )<br>          Defendant.  )<br>  )<br>  )<br>_____ ) | Case No.: 08cr0372-LAB<br><br>Date:    March 24, 2008<br>Time:   2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) SUPPRESS STATEMENTS; AND,**<br>**(2) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, George Metzgar, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//
//
//
//
//

08cr0372-LAB

## **MOTIONS**

Defendant, Mr. Metzgar, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1)    Suppress Statements

(2)    Grant Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: March 6, 2008

*/s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Metzgar
E-mail: david_peterson@fd.org