# EXHIBIT A

1  DAVID M.C. PETERSON
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: david_peterson@fd.org

5

6  Attorneys for Mr. George Metzgar

7                  UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

                    (HONORABLE LARRY A. BURNS)
9
   UNITED STATES OF AMERICA,        )  Case No.: 08CR0372-LAB
10                                   )
              Plaintiff,             )  Date:  March 24, 2008
11                                   )  Time:  2:00 p.m.
   v.                                )
12                                   )
   GEORGE METZGAR,                   )
13                                   )  **DECLARATION OF DAVID M.C. PETERSON,**
                                     )  **ESQ.**
14            Defendant.             )
                                     )
15                                   )
                                     )
16  _____ )

17      I, David M.C. Peterson, hereby declare and state that:

18      1.   I am employed with Federal Defenders of San Diego, Inc., and am licensed to practice

19  law in the State of California and the Southern District of California, and in such capacity have been

20  appointed to represent the defendant, George Metzgar, in the above-captioned case.

21      2.   The government has provided, and I have reviewed, a DVD copy of the videotaped

22  interrogation of Mr. Metzgar in this case.

23      3.   The video has no sound, and government counsel Carlos Arguello informed me that no

24  copy with sound would be forthcoming, due to problems with the videotaping at the Calexico East Port

25  of Entry on February 4, 2008.

26      4.   When the video begins, the time indicated is 1:09 a.m.

27      5.   Mr. Metzgar walks into the room, two Agents show him their badges, and he appears to

28  begin responding to questions around 1:10 a.m.

        6.   Before Mr. Metzgar is read his rights, both agents appear to be asking questions. Mr.


Metzgar directs his responses to both of them at various times. Mr. Metzgar shakes his head "no." Later, he makes gestures with his hands in a manner indicating that he is describing locations or providing directions.

    7.    Roughly five minutes later, the agents read to Mr. Metzgar what appears on the video to be the contents of the Statement and Waiver of Rights form provided by agents in discovery.

    8.    According to time stamps from the video, Mr. Metzgar does not sign the document from which he is being read to until 1:17 a.m., roughly seven minutes after the agents begin questioning him.

    9.    Beginning around 1:43 a.m., it appears that Mr. Metzgar is being fingerprinted. He is off-screen for the majority of the video thereafter.

    10.    Around time stamp 1:47 a.m., Mr. Metzgar appears to respond to a question.

    11.    At least two hours passed between Mr. Meztgar's arrest and the time when his questioning began.

    12.    At all times in the videotaped interrogation, Mr. Metzgar was without the assistance of counsel.

I so declare this 5th day of March, 2008, in San Diego, California.

                                      DAVID M.C. PETERSON, Declarant

# EXHIBIT B

DAVID M.C. PETERSON
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: david_peterson@fd.org

Attorneys for Mr. George Metzgar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0372-LAB |
|---|---|---|
| Plaintiff, | ) | Date: March 24, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| GEORGE METZGAR, | ) | **DECLARATION OF GEORGE METZGAR** |
| Defendant. | ) | |

I, George Metzgar, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. At about 10:40 p.m. I was stopped in primary inspection at the Calexico Port of Entry.

3. The armed, uniformed officer there instructed me to go to Secondary Inspection. An armed, uniformed officer there informed me that I had to go with him to a security office.

4. I was later handcuffed and shackled to a bench at the port of entry.

5. I do not know how long I spent there, but it felt like a long time.

6. Before reading me my rights, Agent Steele and another agent interrogated me about the RV, the drugs he claimed to have found, and other topics.

7. I didn't know that after signing the waiver of rights I could still stop talking or refuse to answer the agents' questions.

8. I was trying to be cooperative.

9.  I felt pressured to speak with Agents Steele and Conrad.

I so declare this 5th day of March, 2008, in San Diego, California.

x_____George Metzgar_____
GEORGE METZGAR, Declarant

2

# EXHIBIT C



DVD COPY DELIVERED WITH COURT COPY OF MOTIONS

# EXHIBIT D



## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

*[initialed]* You have the right to remain silent.

*[initialed]* Anything you say can be used against you in court, or other proceedings.

*[initialed]* You have the right to consult an attorney before making any statement or answering any questions.

*[initialed]* You have the right to have an attorney present with you during questioning.

*[initialed]* If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

*[initialed]* If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at ___10:42___ (time), on 02-03-2008 (date), and have signed this document at _0120 Am_ (time), on 02-03-2008 (date).

_George Metzger_
Print Name

_[signature]_
Signature

WITNESS: _[signature]_     DATE: 02-03-2008

WITNESS: _[signature]_     DATE: 02-03-2008

31

# EXHIBIT E

UNITED STATES CUSTOMS SERVICE
RAIC EL CENTRO, CALIFORNIA

SUSPECT INTERVIEW

Violator Name: George Metzgar

Date: 02-03-2008                    FP&F Case Number: 20082507

Interview Start: 121 AM             Stop: _____

Interviewing Agent(s): WILLIAM STEELE          JERRY CONRAD

Advised of Rights in: English ☒   Spanish: ☐   By: WILLIAM STEELE

Acknowledged:   Yes ☒  No ☐     Waived: ☒   Invoked: ☐

Bathroom:  Yes: ☐  Refused: ☒    Water: Yes: ☐    Refused: ☒

Education: High school ; 2 years college

Drug Use: Yes: ☐  No: ☒  If Yes, What: _____  When: _____

Alcohol Use: Yes: ☐  No: ☒  If Yes, What: _____  When: _____

Was going to MX just because hadn't been there in a while. Just out sight seeing. RV started overheating, had radiator repaired. In Mexicali, near sign for El Cajon. Radiator shop there. People gave him a ride to Azteca del Royal. Left it there Friday. Called him earlier today around 3:00pm.

- People @ radiator shop asked if he wanted to make money then tried to buy it from him / he told them no.

Was going to San Felipe Beach but RV messed up so here he is. Asked for attorney @ 146 hrs.

Page 1 of ___

U.S. Customs Interview Sheet
Revised 09-04-2003

32