UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE METZGAR, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08cr0372LAB <br><br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS TOGETHER WITH GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

David M.C. Peterson, Federal Defenders of San Diego, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2008

s/ Carlos Arguello
_____
CARLOS ARGUELLO