1  KAREN P. HEWITT
   United States Attorney
2  CARLOS ARGUELLO
   Assistant U.S. Attorney
3  California State Bar No. 157162
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5262
   Facsimile: (619) 235-2757
6  Email: carlos.arguello2@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr0372-LAB
                                    )
12                  Plaintiff,      )
                                    )   NOTICE OF APPEARANCE
13        v.                        )
                                    )
14 GEORGE METZGAR,                  )
                                    )
15                  Defendant.      )
                                    )
16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under CivLR

20 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24 activity in this case:

25        Name (If none, enter "None" below)

26        Carlos Arguello

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED: March 12, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Carlos Arguello
_____
CARLOS ARGUELLO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0372-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GEORGE METZGAR, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.  Da vid  M. C. Peterson

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2008.

s/ Carlos Arguello
CARLOS ARGUELLO