UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr0372-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| GEORGE METZGAR, | ) | ORDER AUTHORIZING THE PRESERVATION AND INSPECTION OF EVIDENCE SEIZED |
| Defendant. | ) | |

**IT IS HEREBY ORDERED,** for good cause shown, that

1. That the government preserve the alleged narcotic evidence in this case until inspection and re-weighing by the defense is complete. This provision expires May 2, 2008.

2. That defense counsel and/or their investigators be granted access to the alleged contraband and other evidence for the purposes of investigation, including inspection, photographing, and re-weighing it.

3. That the government also preserve the following evidence in this case: (1) the containers or packaging within which the contraband was discovered; (2) the results of any fingerprint analysis; (3) the defendant's personal effects; (4) any video and/or audio tapes capturing Mr. Metzgar or his vehicle in this matter; (5) recorded communications made by the government related to the above captioned case, e.g. radio communications; (6) any "rough notes" taken by agents related to the above captioned case; (7) any evidence seized from the defendant; and, (8) the vehicle driven by Mr. Metzgar until May 2, 2008.

1 **IT IS FURTHER ORDERED,**

2 4. That all government agencies and private contractors having custody of evidence be notified
3 of this preservation order.
4 DATED: April 11, 2008

*Larry A. Burns*

6 **HONORABLE LARRY ALAN BURNS**
United States District Judge