1  **DAVID M.C. PETERSON**
   California State Bar Number 254498
2  **JASON I. SER**
   California State Bar Number 201816
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California  92101-5008
   Tel:  (619) 234-8467 / Fax: (619) 687-2666
5  david_peterson@fd.org
   jason_ser@fd.org
6
   Attorneys for Mr. Metzgar
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | Case No.: 08CR0372-LAB |
|     ) | |
| 12         Plaintiff,  ) | DATE: May 5, 2008 |
|     ) | TIME: 2:00 p.m. |
| 13  v.  ) | |
|     ) | NOTICE OF MOTIONS AND MOTIONS *IN* |
| 14  **GEORGE METZGAR**,  ) | *LIMINE* TO: |
|     ) | |
| 15         Defendant.  ) | 1) PRECLUDE EVIDENCE UNDER 404(B) |
|     ) |    AND 609; |
| 16  ) | 2) GRANT ATTORNEY CONDUCTED |
|     ) |    VOIR DIRE; |
| 17  ) | 3) EXCLUDE 403 EVIDENCE; |
|     ) | 4) EXCLUDE EVIDENCE OF |
| 18  ) |    STRUCTURE; |
|     ) | 5) PRECLUDE MARIJUANA FROM |
| 19  ) |    COURTROOM; |
|     ) | 6) PRECLUDE INTRODUCTION OF |
| 20  ) |    DOCUMENTS NOT YET PRODUCED |
|     ) |    IN DISCOVERY; |
| 21  ) | 7) ORDER PRODUCTION OF |
|     ) |    SUPPLEMENTAL REPORTS; |
| 22  ) | 8) PRECLUDE DOCUMENTS AND OTHER |
|     ) |    EVIDENCE OF POVERTY; |
| 23  ) | 9) EXCLUDE EVIDENCE OF MR. |
|     ) |    METZGAR'S DEMEANOR; AND, |
| 24  ) | 10) COMPEL PRODUCTION OF THE |
|     ) |     GRAND JURY TRANSCRIPTS. |

25

26  TO:    KAREN HEWITT, UNITED STATES ATTORNEY, and
           CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY
27

1  **PLEASE TAKE NOTICE** that, on May 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may
2  be heard, the accused, George Metzgar, by and through his attorneys, David Peterson, Jason Ser, and Federal
3  Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

## MOTIONS

Mr. George Metzgar, by and through his counsel, David Peterson, Jason Ser, and Federal Defenders of San Diego, Inc., brings these motions in limine and other trial motions to:

1) Preclude Evidence Under 404(B) and 609;
2) Grant Attorney Conducted Voir Dire;
3) Exclude 403 Evidence;
4) Exclude Evidence of Structure;
5) Preclude Marijuana From the Courtroom;
6) Preclude Introduction of Documents Not Yet Produced In Discovery;
7) Order Production of Supplemental Reports;
8) Preclude Documents and Other Evidence of Poverty;
9) Exclude Evidence of Mr. Metzgar's Demeanor; and,
10) Compel Production of Grand Jury Transcripts.

Mr. Metzgar brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: April 14, 2008

s/ *David M.C. Peterson*
**DAVID M.C. PETERSON**
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Metzgar
david_peterson@fd.org