1  **DAVID M.C. PETERSON**
California State Bar Number 254498
2  **JASON I. SER**
California State Bar Number 201816
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4  San Diego, California  92101-5008
Tel:  (619) 234-8467 / Fax: (619) 687-2666
5  david_peterson@fd.org
jason_ser@fd.org

Attorneys for Mr. Metzgar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR0372-LAB |
| Plaintiff, | DATE: May 5, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| **GEORGE METZGAR**, | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS IN LIMINE |
| Defendant. | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
      CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY

REFERENCE IS MADE TO MEMORANDUM PREVIOUSLY FILED AND INCORPORATED

HEREIN IN SUPPORT OF ALL OF DEFENDANT'S MOTIONS IN LIMINE.

                                                Resepectfully submitted,

Dated:  April 14, 2008                          */s/ DAVID M.C. PETERSON*
                                                DAVID M.C. PETERSON
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing DEFENDANT'S MOTIONS IN LIMINE WITH MEMORANDUM OF POINTS AND AUTHORITIES has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: April 14, 2008           /s/ DAVID M. PETERSON
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA  92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                David_Peterson@fd.org (email)