1 **DAVID M.C. PETERSON**
California State Bar Number 254498
2 **JASON I. SER**
California State Bar Number 201816
3 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
5 david_peterson@fd.org
jason_ser@fd.org

6 Attorneys for Mr. Metzgar

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No.: 08CR0372-LAB |
| | ) | |
| 12              Plaintiff, | ) | DATE: May 5, 2008 |
| | ) | TIME: 2:00 p.m. |
| 13  v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS *IN* |
| 14  **GEORGE METZGAR**, | ) | *LIMINE* TO: |
| | ) | |
| 15              Defendant. | ) | 1) SUPPRESS EVIDENCE OBTAINED IN |
| | ) |    VIOLATION OF THE FOURTH |
| 16 | ) |    AMENDMENT; |
| | ) | 2) PRECLUDE ALL STATEMENTS BY |
| 17 | ) |    MR. METZGAR OR IN THE |
| | ) |    ALTERNATIVE HOLD AN |
| 18 | ) |    EVIDENTIARY HEARING PRIOR TO |
| | ) |    TRIAL |

20 TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
       CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY

22     **PLEASE TAKE NOTICE** that, on May 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may

23 be heard, the accused, George Metzgar, by and through his attorneys, David Peterson, Jason Ser, and Federal

24 Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

25 //

26 //

27 //

28 //

**MOTIONS**

Mr. George Metzgar, by and through his counsel, David Peterson, Jason Ser, and Federal Defenders of San Diego, Inc., brings these motions in limine and other trial motions to:

1) Suppress Evidence Obtained in Violation of the Fourth Amendment; and,
2) Preclude All Statements By Mr. Metzgar Or in the Alternative Hold An Evidentiary Hearing Prior To Trial.

Mr. Metzgar brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: April 25, 2008

s/ *David M.C. Peterson*
**DAVID M.C. PETERSON**
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Metzgar
david_peterson@fd.org