**DAVID M.C. PETERSON**
California State Bar Number 254498
**JASON I. SER**
California State Bar Number 201816
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
david_peterson@fd.org
jason_ser@fd.org

Attorneys for Mr. Metzgar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR0372-LAB |
| Plaintiff, | DATE: May 5, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| | MOTION TO SHORTEN TIME |
| **GEORGE METZGAR**, | |
| Defendant. | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his <u>Motion to Suppress Statements</u> to six (6) days, to be heard May 5, 2008, at 2 p.m., or as soon thereafter as counsel may be heard, for the following reason:

Undersigned counsel did not receive the discovery that forms the basis of this motion until Friday, April 25, 2008, after the close of business. Counsel acted with all due haste to respond to this late-received discovery.

Respectfully submitted,

DATED: April 29, 2008         */s/ DAVID M.C. PETERSON*
                              DAVID M.C. PETERSON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant Fernandez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 29, 2008                                         /s/ DAVID M. PETERSON
                                                                           Federal Defenders of San Diego, Inc.
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA  92101-5030
                                                                           (619) 234-8467  (tel)
                                                                           (619) 687-2666  (fax)
                                                                           David_Peterson@fd.org (email)