FILED

2008 APR 30  PM 4: 03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ *MA*_DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>08CR0372-LAB</u> |
| Plaintiff, | ) ) | I N D I C T M E N T |
| | ) | **(Superseding)** |
| v. | ) | |
| GEORGE METZGAR, | ) ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana; |
| Defendant. | ) ) | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with |
| | ) | Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about February 3, 2008, within the Southern District of California, defendant GEORGE METZGAR did knowingly and intentionally import 50 kilograms and more, to wit: approximately 97.10 kilograms (213.62 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

NAJ:nlv:Imperial
4/29/08

<u>Count 2</u>

On or about February 3, 2008, within the Southern District of California, defendant GEORGE METZGAR did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 97.10 kilograms (213.62 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
NICOLE A. JONES
Assistant U.S. Attorney