UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )   | CASE NO.   08CR0372-LAB |
|     Plaintiff,  )   | DATE:  |
|   )   | TIME: |
| v.  )   |  |
| GEORGE METZGAR,  )   | **ORDER** |
|     Defendant.  )   |  |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time for filing defendant's <u>Motion to Suppress Statements</u> in the above-entitled action is shortened, and may be filed no later than May 1, 2008, for hearing on May 5, 2008, at 2:00 p.m.

**SO ORDERED.**

DATED: 4/30/08

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge