# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>GEORGE METZGAR,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 08CR0372-LAB<br><br>**ORDER DENYING APPLICATION FOR ISSUANCE OF RULE 17(b) SUBPOENA AND REQUEST FOR ADVANCE AUTHORIZATION OF FUNDS FOR WITNESS** |

　　　　The Declaration in support of the application for a rule 17(b) subpoena in this case is conclusory, not factual, and fails to demonstrate "materiality." Moreover, the Court cannot discern whether the witness sought is a federal law enforcement official. If he is, counsel must also demonstrate compliance with the relevant provisions of the Code of Federal Regulations, or establish good cause for noncompliance with the regulations.

　　　　The application is **DENIED** without prejudice.

　　　　Defendant's *Ex Parte* Application For Issuance of Rule 17(b) Subpoena and Request for Advance Authorization of Funds for Witness and supporting documents ***shall be filed under seal***. This order shall ***not*** be filed under seal.

　　　　**IT IS SO ORDERED**.

DATED: April 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge