# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>GEORGE METZGAR,<br>　　　　　　　　　　Defendant. | CASE NO. 08CR0372-LAB<br><br>**ORDER DENYING AMENDED APPLICATION FOR ISSUANCE OF RULE 17(b) SUBPOENA AND REQUEST FOR ADVANCE AUTHORIZATION OF FUNDS FOR WITNESS** |

Defendant's amended application for a rule 17(b) subpoena in this case is DENIED. The Court finds the defendant has failed to demonstrate that the witness is material.

The application is **DENIED** without prejudice.

Defendant's Amended *Ex Parte* Application For Issuance of Rule 17(b) Subpoena and Request for Advance Authorization of Funds for Witness and supporting documents ***shall be filed under seal***.  This order shall ***not*** be filed under seal.

**IT IS SO ORDERED**.

DATED: May 1, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge