UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.:  08cr0372-LAB |
|---|---|---|
| Plaintiff, | ) ) | Date:   May 6, 2008 |
| v. | ) ) | Time:   9:00 a.m. |
| GEORGE METZGAR, | ) ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) ) ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

> CARLOS ARGUELLO
> NICOLE JONES
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  May 2, 2008

  _/s/ Jason I. Ser_
**JASON I. SER**
Attorneys for Mr. Metzgar
Email: jason_ser@fd.org