UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )   CASE NO. 08CR372-LAB
vs                          )
                            )
                            )   **VERDICT**
GEORGE METZGAR,             )
                            )
        Defendant,          )
_____)

We the jury in the above entitled cause find the defendant, GEORGE METZGAR,

__Guilty__ of importation of marijuana as charged in Count 1 of the Superseding Indictment.

If you find the defendant guilty of Count 1, do you further find that the amount of marijuana involved in this case weighed 50 kilograms or more?

__X__ YES          _____ NO

__Guilty.__ of possession of marijuana and with intent to distribute in Count 2 of the Superseding Indictment.

If you find the defendant guilty of Count 2, do you further find that the amount of marijuana involved in this case weighed 50 kilograms or more?

__X__ YES          _____ NO

Date: 05-07-08.
San Diego, California

_____
FOREPERSON