# GOVERNMENT'S EXHIBIT LIST

<u>United States v. George Metzgar</u>

Criminal Case No. 08cr0372LAB

_X_ Plaintiff   ___ Defendant        Jury Trial: <u>May 6, 2008, at 9:30 a.m.</u>

| NO. | IDENT. | EVID. | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 1 | MAY - 6 2008 | MAY - 6 2008 | Aerial Photograph of Calexico East Port of Entry | Molina |
| 2 | MAY - 6 2008 | MAY - 6 2008 | Vehicle Registration Provided at Primary | Molina |
| 3 | MAY - 6 2008 | MAY - 6 2008 | Photo of Vehicle Exterior - Front View | Molina |
| 4 | MAY - 6 2008 | MAY - 6 2008 | Photo of Vehicle Exterior - Back View | Molina |
| 5 | MAY - 6 2008 | MAY - 6 2008 | Photo of Vehicle Exterior - Side View | Molina |
| 6 | MAY - 6 2008 | MAY - 6 2008 | Photo of Side Panel - Closed | Molina |
| 7 | MAY - 6 2008 | MAY - 6 2008 | Photo of Side Panel - Open | Molina |
| 8 | MAY - 6 2008 | MAY - 6 2008 | Photo of U-Shape Seating Area | Molina |
| 9 | MAY - 6 2008 | MAY - 6 2008 | Photo Comparison of Panels - Vent Area | Molina |
| 10 | MAY - 6 2008 | MAY - 6 2008 | Photo Comparison of Panels - w/Index Finger | Molina |
| 11 | - 6 2008 | MAY 2008 | Photo Comparison of Panels - w/Coil | Molina |
| 12 | MAY - 6 2008 | MAY - 6 2008 | Photo Comparison of Panels - Two Hands | Molina |
| 13 | - 2008 | MAY 2008 | Photo of Cushions in Rear Seating Area | Molina |
| 14 | - 6 2008 | - 6 2008 | Photo of Plywood w/Contact Paper | Molina |
| 15 | - 6 2008 | Y - 6 2008 | Photo of Opening of Rear Compartment | Molina |
| 16 | - 2008 | 2008 | Photo of Partially Open Rear Compartment | Molina |
| 17 | 2008 | | Closeup Photo of Partially Open Rear Compartment | Molina |
| 18 | 2008 | MAY | Photo of Rear Compartment w/out Expander | Molina |

Page -2-

| MAY -6 2008 | MAY -6 2008 | Photo of 7 Packages in Rear Compartment | Molina |
|---|---|---|---|
| 20 MAY -6 2008 | MAY -6 2008 | Photo of 2 Packages in Right Side Compartment | Molina |
| 21 MAY -6 2008 | MAY -6 2008 | Photo of Right Side Compartment - Empty | Molina |
| 22 MAY -6 2008 | MAY -6 2008 | Photo of Rear Compartment - Empty | Molina |
| MAY -6 2008 | MAY -6 2008 | Photo of 2nd Level Compartment - Intact | Molina |
| MAY -6 2008 | MAY -6 2008 | Photo of 2nd Level Compartment - Left Side | Molina |
| MAY -6 2008 | MAY -6 2008 | Photo of 2nd Level Compartment - Right Side | Molina |
| MAY -6 2008 | MAY -6 2008 | Door to Storage Area | Molina |
| MAY -6 2008 | MAY -6 2008 | ~~Plywood Expander~~ Door to Storage Area | Molina |
| 28 -7 2008 | | Stipulation Regarding Marijuana | |
| 29 -7 2008 | -7 2008 | Certified Nevada DMV Documents | |
| 30 -7 2008 | -7 2008 | Original Certificate of Title | |
| 31 -7 2008 | -7 2008 | Evidence of Insurance Document | |
| 32 -7 2008 | | Drug Value Chart (Identification Only) | |
| 33 | | Miranda Rights Form | |
| 34 | | DVD of Defendant's Statements | |
| | | | |
| | | | |
| | | | |

Page -3-