MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT LIST</u>

| USA | VS | Metzger |
|-----|-----|---------|

Plaintiff ___ Defendant ___ x Court ___   Type of Hearing: Jury Trial

Case Number: 08CR372-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | 5/7/08 | 5/7/08 | jury note |
| 2 | 5/7/08 | 5/7/08 | jury note |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |

WE HAVE COME TO A POINT
WHERE WE ARE SPLIT.

WE HAVE Attempted TO EXPRESS OUR
POINTS OF Views WITH SEVERAL OPPORTUNITIES
FOR A REVOTE AND IT HAS NOT CHANGED

*(signature)* #2

COURT'S 4:00
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 08CR1001
DATE: 5/7/08

DISREGARD LAST NOTE.

WE HAVE MOVED FORWARD

SOME. WILL ADVISE OF

PROGRESS.

Juror #2

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 51708
DATE: 4.15