

FILED

**5/19/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**USA**                                                            **08cr372 LAB**

**-v-**

**George Metzgar**

# STRICKEN DOCUMENT

**50-MOTION to Appoint Counsel**

**50**