MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA　　　　　　　　　　VS　　　　　　　George Metzgar

_____ Plaintiff   x Defendant   _____ Court   Type of Hearing: Jury Trial

Case Number: 08CR372-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| D | 5/6/08 | 5/6/08 | defendant's driver license |
| E | 5/6/08 | 5/6/08 | photo of sleeping area in RV |
| F | 5/6/08 | 5/6/08 | photo of closet in RV |
| G | 5/6/08 | 5/6/08 | photo of clothes in closet in RV |
| H | 5/6/08 | 5/6/08 | photo of items on the floor in the closet of RV |
| I | 5/6/08 | 5/6/08 | photo of refrigerator in RV |
| J | 5/6/08 | 5/6/08 | photo of items of refrigerator in RV |
| K | 5/6/08 | 5/6/08 | photo of cupboards |
| L | 5/6/08 | 5/6/08 | photo of cupboards |
| P | 5/6/08 | 5/6/08 | photocopy of referral slip |
| R | 5/7/08 | 5/7/08 | DMV information slip |
| S | 5/7/08 | 5/7/08 | DMV record State of Nevada |
| T | 5/7/08 | 5/7/08 | photo of vacuum |
| M | 5/7/08 | 5/7/08 | photo of engine |
| N | 5/7/08 | 5/7/08 | photo of engine |
| O | 5/7/08 | 5/7/08 | photo of engine |
| U | 5/7/08 | 5/7/08 | contact paper roll |